K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YAHYA DALIA DBA CHOICE FOOD MARKET,<br><br>　　　　Defendant. | No. 1:11-CV-01987-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Yahya Dalia dba Choice Food Market, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 20, 2012　　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Daniel Delgado

///

///

*Delgado v. Yahya Dalia dba Choice Food Market*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

| | |
|---|---|
| Date: July 20, 2012 | MAGILL & GUZMAN MAGILL |

/s/ Charles Magill
Charles Magill
Attorneys for Defendant Yahya Dalia dba
Choice Food Market

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **July 20, 2012**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

*Delgado v. Yahya Dalia dba Choice Food Market*
Stipulation for Dismissal of Action; [Proposed] Order
Page 2